IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN LEWIS, | ) | CASE NO.: 1:23-CV-2435 |
|     PLAINTIFF, | ) ) | |
| v. | ) ) | JUDGE JAMES S. GWIN |
| AMAZON.COM SERVICES LLC, | ) ) | ORDER |
|     DEFENDANT. | ) | |

Upon representation of counsel and parties that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Parties are to file any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action as directed. Any such order shall supersede this order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: August 21, 2024                                             s/ *James S. Gwin*
                                                                                                     JAMES S. GWIN
                                                                                                     UNITED STATES DISTRICT JUDGE